JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7124
  FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BILL SHIH,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. Citizenship and Immigration Services, JONATHAN SCHARFEN, Director; U.S. Citizenship and Immigration Services, ANITA ERFAN, Director of San Jose Field Office; U.S. Department of Homeland Security, MICHAEL CHERTOFF, Secretary,<br><br>  Respondents. | No. C 08-5389 HRL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

   Further, Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

Stipulation to Dismiss
C 08-5389 HRL                              1

1  agrees to do so within 21 days of the dismissal of this action.  See 8 U.S.C. § 1447(b).

2     Each of the parties shall bear their own costs and fees.

3  Dated: December 31, 2008                              Respectfully submitted,

4                                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

6                                                             /s/
                                                  ILA C. DEISS[1]
7                                                  Assistant United States Attorney
                                                Attorneys for Defendants

10  Date: January 6, 2009                                    /s/
                                                MING JI
11                                                  Attorney for Plaintiff

13                                     **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

16  Date: 1/13/09

17                                                  HOWARD R. LLOYD
                                                United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 08-5389 HRL                              2